IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF/RESPONDENT

    v.                    Civil No. 06-5138
                    Criminal No. 05-50005-001

JOSE DIMAS AGUILAR-MEJIA                                   DEFENDANT/MOVANT

## **O R D E R**

Movant, a federal prisoner presently housed at the McRae Correctional Facility, McRae, Georgia, has filed a Motion Under 28 U.S.C. § 2255 for review by this court (Doc. #36). Having reviewed the motion, respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 8th day of August 2006.

                                    /s/Beverly Stites Jones
                                    HON. BEVERLY STITES JONES
                                    UNITED STATES MAGISTRATE JUDGE