IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF/RESPONDENT

v.                            Civil No. 06-5138
                              Criminal No. 05-50005-001

JOSE DIMAS AGUILAR-MEJIA                                        DEFENDANT/MOVANT

**O R D E R**

Upon review of the motion and response in this case, Aguilar-Mejia is hereby ordered to complete, sign, date, and return the attached questionnaire on or before October 27, 2006.

IT IS SO ORDERED this 26th day of September 2006.

                                        /s/Beverly Stites Jones
                                        HON. BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE