IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

v.                          Civil No. 06-5138
                          Criminal No. 05-50005-001
JOSE DIMAS AGUILAR-MEJIA                              DEFENDANT/MOVANT


**O R D E R**

On review of movant's responses in the Questionnaire (Doc. #40) filed on October 23, 2006,

I have prepared a Supplemental Questionnaire to be completed, sign, and returned by Jose Dimas

Aguilar-Mejia **on or before November 27, 2006.**

IT IS SO ORDERED this 9th day of November 2006.


                                        /s/Beverly Stites Jones
                                        HON. BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE